Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 4, 2026

**Via ECF**

Hon. Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: United States v. Clarence Thomas**
**26 Cr. 506 (JGK)**

Dear Judge Moses,

I write to respectfully request a modification of Mr. Thomas's release conditions in the above-captioned matter.

On October 2, 2026, Mr. Thomas was arrested and released on certain conditions including home incarceration. Defense counsel understands from Pretrial Services that a bond modification is required to permit Mr. Thomas to stop at a store to purchase and activate a cellphone. Pretrial Services and the Government do not object to such a modification.

Accordingly, I respectfully request that the Court modify Mr. Thomas's home incarceration condition to permit him to stop at a store and purchase a cellphone on a date and time approved by Pretrial Services.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: AUSA Ariel Cohen
Pretrial Services Officer Evelyn Alvayero

Application GRANTED.

So Ordered.

Barbara Moses
USMJ