UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
UNITED STATES OF AMERICA,

26 cr 506 (JGK)

-against-

**ORDER**

CLARENCE THOMAS,

Defendant.
--------------------------------------------------------------X

Bail is modified as follows: The defendant is permitted to visit the New York City Human Resources Office, with prior notice to Pretrial Services.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
November 18, 2026